IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY WEST, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 17-02101 |
| NORTHAMPTON CLINIC | : |
| COMPANY, LLC, and | : |
| TANYA SEGAL, | |
| Defendants. | |

**O R D E R**

**AND NOW,** this 29th day of August, 2018, upon consideration of the defendants, Northampton Clinic, LLC and Tanya Segal's motion for summary judgment (Doc. No. 18), the plaintiff's response in opposition (Doc. No. 39), and defendants' reply (Doc. No. 22), **IT IS HEREBY ORDERED** that the motion is **GRANTED** in its entirety with prejudice.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.